UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WINSTON DAVIS

        Plaintiff,

  - against -

DR. P. GOLDSTEIN, DR. M. BORECKY, MR. K. PAGE, THE MEDICAL ADMINISTRATOR, THE WARDEN OF MDC, MDC BROOKLYN, UNITED STATES FEDERAL BUREAU OF PRISONS, HENRY J. SADOWSKI

        Defendants.
------------------------------------------------------------X

**JUDGMENT**
11-CV-3628 (RRM)(LB)

A Memorandum and Order having been filed this day, dismissing the amended complaint, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby

**ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants and that this case is hereby closed.

Dated: Brooklyn, New York
      June 24, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge